# SEALED MATTER

**CASE NUMBER**

Case: 2:09-mc-50202
Judge: Cohn, Avern
Filed: 02-26-2009 At 04:44 PM
SEALED MATTER (SJ)

**DEFENDANT NO.** _____

**CASE TYPE**  ____ CR    ____ CV    ____ MC

 ____ MW    ____ PO    ____ MJ

**DISTRICT JUDGE** _____

**SIGNED BY JUDICIAL OFFICER**    R. STEVEN WHALEN

**NEW CASE**    ____ YES    ____ NO

**DOCUMENT PLACED IN VAULT**
TIME STAMP IN THIS BLANK AREA