AUSA Frances Lee Carlson - (313) 226-9696    //    Marc Silski, Special Agent, FBI - (313) 237-4022

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In the Matter of the Search of:

4739 Rohns Ave.
Detroit, Michigan

**SEARCH WARRANT**

Case: 2:09-mc-50202
Judge: Cohn, Avern
Filed: 02-26-2009 At 04:44 PM
SEALED MATTER (SJ)

To:  MARC SILSKI  and any Authorized Officer of the United States

An affidavit having been made before me by Marc Silski, Special Agent with the Federal Bureau of Investigation, who has reason to believe that:

❑ on the person of   or   ❑ on the property or premises known as:

4739 Rohns Ave., Detroit, Michigan
(further described in Attachment A)

in the Eastern District of Michigan, Southern Division, there is now concealed a certain person or property, namely:

See Attachment B

FILED
MAR 0 6 2009
CLERK'S OFFICE
DETROIT

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___3/8___, 2009 the place named above, for the property specified, (the search of any computer equipment and cell phones to be done by accessing and imaging the contents thereof by said date), executing this warrant and making the search in the daytime between 6:00 a.m and 10:00 p.m., as I find reasonable cause has been established, and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the United States Duty Magistrate, as required by law. The agents may impound for an off-site search any computer or other data storage device noted above that is found in conducting the search authorized by this warrant, the government shall make reasonable efforts to utilize computer search methodology that avoids reading files, documents or other electronically stored information which is not related to a violation of 18 U.S.C. § 1029.

February 25, 2009   4:40 pm.     at   Detroit, Michigan
Date/Time Issued

**R. STEVEN WHALEN**                               _____
**United States Magistrate Judge**                 **Signature of Judicial Officer**

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/26/09 | 03/04/09  9:15am | Emma King |

**INVENTORY MADE IN THE PRESENCE OF**

Emma King

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

☑ INVENTORY ATTACHED

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                                3/6/09
                                                              Date

# Attachment A

### Description of Location to be Searched

### 4739 Rohns Street, Apartment 205, Detroit, Michigan

  King's residence is located at 4739 Rohns Street, Apartment 205, Detroit, Michigan. The building is a multi-story brick building. The building is located near the intersection of Rohns and Forest Avenue, and is on the western side of Rohns. The building is set perpendicular to Rohns Street and has a parking lot on the North side of the building. The south side of the building has pedestrian entrances and a small yard. A side walk runs parallel to the length of the building and terminates at the sidewalk on Rohns. The building consists of three address numbers and multiple apartments.

## Attachment B

### Items to be Seized

The following items and information, and the media in which they are maintained or stored, including but not limited to the media of hard copy, computer hard disk, digital storage devices, and computer disks, are to be seized:

1. All documents identifying patients of any healthcare companies or doctors.

2. All photocopies, notes and other correspondence related to patient identification and health insurance information.

3. All patient prescriptions, certificates of medical necessity, and referral records.

4. All patient sign in logs.

5. All patient appointment books.

6. All telephone log(s), rolodex(s), and/or contact lists.

7. All patient or referral source listings.

8. All Medicare billing manuals and instruction material.

9. All correspondence, facsimiles, hand written notes or documents pertaining to any healthcare companies or doctors.

10. All instructions, memoranda, passwords, and other information relating to, or required to facilitate the operation of any computer equipment which contains any of the aforesaid information.

11. Any and all drugs including but not limited to prescription drugs, prescriptions, prescription pads, prescription and pharmacy bottles <u>not listed in the name of Emma Mae KING or Melvin Jerome YOUNG</u>.

12. US or foreign currency greater than $2000.00 and negotiable financial instruments, checks, money orders.

13. All financial documents including but not limited to bank statements, bank deposit records, financial ledgers, check ledgers, credit card record, credit card receipts, canceled checks, financial securities, investment accounts, 1099s, W2s, pay stubs, tax returns, 401k investments, safety deposit box applications, real estate deeds and car titles.

14. All personal or business correspondence or communications records including but not limited to phone records, phone calls, cellular telephones, phone lists, telephone books, rolodex, diaries, appointment books, notebooks, individual notes, pharmacy flyers and brochures, business cards and calendars.

15. All retrievable information such as recorded telephone messages, and other electronically stored information and computer hardware, including but not limited to, floppy disks, CDs, or other data storage disks, tapes, Blackberries, personal digital assistant (PDA), and other digital storage devices.

16. All alias identification, driver's licenses, credit reports, Social Security Numbers and other identifiers.

17. Any and all surveillance equipment and related memory storage.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 209A-DE-101978

On (date) March 4, 2009

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) Emma M. King
(Street Address) 4739 Rohns Ave. Apt 205
(City) Detroit, Michigan

Description of Item(s):

Room C  Item # 1  Contact info (names, #'s + addresses) medical info, financial info, billing + insurance info
Room B  Item # 2  Notebook containing patient info
Room D  Item # 3  Misc. docs, cms corresp, bus. cards, calendar, bank state, notebook
Room D  Item # 4  Black bag/case containing patient info
Room B  Item # 5  Current calendar

Room C  Item # 6  Bottle of misc. pills
Room C  Item # 7  Drug Pipe, Copper mesh Drug Paraphen.
Room C  Item # 8  3 Bottles of Pills
Room B  Item # 9  Green leafy substance (suspected marijuana) Home rolled cigarette

Received By: _(Signature)_       Received From: Emma King (Signature)